| PROB 22 (Rev. 01/24) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | | 2:23CR20137-01 |
| TRANSFER OF JURISDICTION | | DOCKET NUMBER (Rec. Court) |
| | | 2:24PT00001 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| David Ivan Freeze | Western District of Tennessee | Memphis |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Jon P. McCalla, Senior U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 06/12/2024 — TO 06/11/2029 |

**OFFENSE**

Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a)

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

David Freeze has resided in Michigan since childhood. He currently lives with his parents in Hancock, Michigan, and is gainfully employed as an owner of a construction business. Mr. Freeze does not intend to return to the Western District of Tennessee. A transfer of jurisdiction has been requested to allow the Western District of Michigan to address any future supervision issues more efficiently.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **Western** DISTRICT OF **Tennessee**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Western District of Michigan** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_June 25, 2024_
Date

_Jon P. McCalla_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **Western** DISTRICT OF **Michigan**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_July 1, 2024_
Effective Date

United States District Judge

1